WILLIAM P. BEMENT et al., as Executors of HENRY VAN
BEIL, Deceased, Appellants, *v.* ÆTNA LIFE INSURANCE
COMPANY et al., Respondents.

*Bement* v. *Ætna Life Ins. Co.*, 177 App. Div. 890, appeal
dismissed.
. (Argued June 4, 1917; decided June 12, 1917.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first judi-
cial department, entered February 27, 1917, affirming a
judgment in favor of defendants entered upon a dismis-
sal of the complaint by the court on trial at Special
Term in an action for the reformation of a policy of
life insurance.

The motion was made upon the ground that the affirm-
ance by the Appellate Division was unanimous and that
no questions of law were involved.

*Frederick H. Kellogg* and *Keyes. Winter* for motion.

*Leon M. Prince* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.